UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESSE NAPPER,

    Plaintiff,

v.                                              Case No:  2:25-cv-00053-JLB-DNF

STATE OF FLORIDA and AMIRA FOX,

    Defendants.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. 5), recommending that Plaintiff Jesse Napper's Complaint (Doc. 1) be dismissed without prejudice for failure to prosecute.  After an independent review of the entire record, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.  Accordingly, Plaintiff's Motion to Stay is **DENIED**.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

On January 27, 2025, Plaintiff, proceeding *pro se*, filed a Complaint against Defendants Amira Fox and the State of Florida.  (Doc. 1).  On May 21, 2025, the Court ordered Plaintiff to show cause as to why Plaintiff has failed to prosecute the case or, alternatively, file proof of service on Defendants.  (Doc. 4).  Plaintiff did

neither despite the Court's warning that no action may result in dismissal of the case. (*See id.*). On June 6, 2025, the Magistrate Judge entered a Report and Recommendation, recommending that this action be dismissed for Plaintiff's failure to prosecute. (Doc. 5). Rather than file an objection, Plaintiff moved to stay the case until his incarceration for an unrelated matter is over. (Doc. 6).

The Court declines to stay this action pending some unspecified date that Plaintiff will be incarcerated. Though Plaintiff alleges he has been incarcerated since May 7, 2025, he failed to address why he did not diligently prosecute this case—filed in January 2025—prior to incarceration or why he failed comply with the Court's show cause order explaining his incarceration before the Court recommended dismissal. For these reasons, the Court dismisses this action without prejudice. If Plaintiff wishes to proceed with his claims, he may file another complaint under a separate case number.

*–Rest of page intentionally left blank–*

## CONCLUSION

Accordingly, it is **ORDERED**:

(1) The Report and Recommendation (Doc. 5) is **ADOPTED** and made a part of this Order for all purposes.

(2) Plaintiff's Motion to Stay (Doc. 6) is **DENIED**.

(3) Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

(4) The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**ORDERED** in Fort Myers, Florida, on September 29, 2025.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE